(September 21, 1955.)

RICHARD J. DOYLE, Appellant, v. ALLSTATE INSURANCE COMPANY, Respondent.

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.